

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-18-00366-CV

**JOHN SAENZ & ASSOCIATES, P.C.,**
Appellant

v.

**RGV PREMIER SCAN LLC**, Esmeralda Ramirez and Eder Leal,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT000466 D4
Honorable Melissa Joy Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal. Appellee has filed a motion for extension of time requesting an additional thirty days in which to file its brief. The motion is GRANTED. Appellee's brief is due September 20, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court